# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DAGNALL and MICHAEL DAGNALL, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ARBONNE INTERNATIONAL, LLC, DONNA JOHNSON, CASSANDRA HOUSE, TARRAH BRANDSMA, IAIN PRITCHARD, and DEBORAH CARROLL NEAL,<br><br>Defendants. | Case No.: 8:17-cv-1214-DOC-KES<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and to a settlement agreement reached between all parties to this action, Plaintiffs Cynthia Dagnall and Michael Dagnall hereby dismiss this action with prejudice, with each side to bear their own costs and attorneys' fees.

Dated: April 11, 2018

PETER LAW GROUP


By:_____/S/ Arnold Peter__
     Arnold P. Peter

*Attorneys for Plaintiffs*
CYNTHIA DAGNALL and
MICHAEL DAGNALL

# CERTIFICATE OF SERVICE

*Dagnall v Arbonne International, LLC*

*Case No. 8:17-cv-01214*

I hereby certify that on April 12, 2018, I electronically transmitted the foregoing **NOTICE OF DIMISSAL WITH PREJUDICE** with the Clerk of the Court of the United States Central District Court by using the CM/ECF System for filing, and that the CM/ECF System will send a copy via electronic notice to all registered ECF participants.

/s/ Andrea Ramirez

**CERTIFICATE OF SERVICE**